# CASE ANNOUNCEMENTS

*December 26, 2013*

[Cite as *12/26/2013 Case Announcements*, 2013-Ohio-5719.]

## MOTION AND PROCEDURAL RULINGS

**1996–1213. State v. McGuire.**
Preble App. No. CA9501001. By entry filed December 16, 2011, this court ordered that Dennis B. McGuire's sentence be carried into execution on Thursday, January 16, 2014. In order to facilitate this court's timely consideration of any matters relating to the execution of McGuire's sentence, it is ordered by the court that the chief justice may suspend application of any provisions of the Rules of Practice of the Supreme Court, including, but not limited to, the filing requirements imposed by S.Ct.Prac.R. 3.02.

It is further ordered that service of documents as required by S.Ct.Prac.R. 3.11 shall be personal, by facsimile transmission, or by e-mail.

It is further ordered that counsel of record for the parties shall provide this court with a copy of any document relating to this matter that is filed in, or issued by, any other court in this state or any federal court, as well as any commutation, pardon, or warrant of reprieve issued by the governor. A copy of the document shall be delivered to the office of the clerk as soon as possible, either personally, by facsimile transmission, or by e-mail.

**2013–1479. State v. Braggs.**
Hamilton App. No. C–130073, 2013-Ohio-3364. This cause came on for further consideration upon the filing of appellant's motion to take judicial notice. It is ordered by the court that the motion is denied.

**2013–1617. Victor v. Sandusky Cty. Common Pleas Court.**
In Mandamus. This cause came on for further consideration upon the filing of relator's motion to strike the motions to dismiss. It is ordered by the court that the motion is denied.

**2013–1863. Natl. Wildlife Fedn. v. Korleski.**
Franklin App. Nos. 12AP–278, 12AP–279, 12AP–280, and 12AP–281, 2013-Ohio-3923. This cause is pending before the court as a jurisdictional appeal.

Upon consideration of the motion for admission pro hac vice of Neil S. Kagan, it is ordered by the court that the motion is granted. Pursuant to Gov.Bar R. XII(4), counsel shall file a notice of permission to appear pro hac vice with the Supreme Court's Office of Attorney Services within 30 days of the date of this entry.

## MISCELLANEOUS DISMISSALS

**2013–1038. State v. Clay.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. The records of this court indicate that relator has not filed a merit brief, due October 21, 2013, in compliance with the Rules of Practice of the Supreme Court of Ohio and therefore has failed to prosecute this cause with the requisite diligence.

Upon consideration thereof, it is ordered by the court that this cause is dismissed.